Dismissed and Memorandum Opinion filed March 30, 2006









Dismissed and Memorandum Opinion filed March 30, 2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00030-CV

____________

 

STRICKLAND CHEVROLET, INC.,
Appellant

 

V.

 

JOSEPHINE ALDRIDGE, Appellee

 



 

On Appeal from the
239th District Court

Brazoria County,
Texas

Trial Court Cause
No. 20828

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 7, 2005.

On March 8, 2006, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 30, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.